**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Leung On Hom | CV07-4474-AHM |
| Amay's Bakery & Noodle Co., Inc. | USBC Central District of California at Los Angeles, AD 05-20682SB BAP, CC-07-01223 |
| Appellant, | |
| v. | USBC Central District of California at Los Angeles, LA 05-20682SB |
| Leung On Hom, | ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE |
| Appellee, | |

On April 23, 2009, the Court ordered appellant to show cause in writing, no later than June 1, 2009, why the this case should not be dismissed for lack of prosecution for failure to file the designation of record (FRBP 8006). To date, appellant has not complied with this order.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: June 19, 2009

cc: BAP, BK Court

A. HOWARD MATZ
United States District Judge